LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C07-05476 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURE DEADLINE AND CONTINUE HEARING DATE** |

       Plaintiff Lac Ahn Le and Defendant PricewaterhouseCoopers LLP ("PwC"), by and through their respective counsel, stipulate as follows:

       WHEREAS, the initial disclosures required by Federal Rule of Civil Procedure 26(a) are currently due on January 25, 2008; plaintiff's counsel has requested that the initial disclosure deadline for both parties be continued by one week to February 1, 2008 due to plaintiff's current unavailability; and PwC has agreed to this continuance; and

       WHEREAS, on January 14, 2008 PwC filed a Motion for Stay; Motion to Dismiss; Motion to Strike; and Motion for More Definite Statement, and set the hearing on these Motions for February 22, 2008; Plaintiff's counsel is unavailable to appear on that date; the next

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURES AND MOTION HEARING DATE

hearing date on which counsel for both parties are available is March 7, 2008; and the parties have agreed to continue the hearing date from February 22, 2008 to March 7, 2008;

THEREFORE, Plaintiff and PwC, by and through their respective counsel, stipulate and agree that:

1. The initial disclosures required by Rule 26 shall be served by February 1, 2008; and

2. The hearing on PwC's Motion for Stay; Motion to Dismiss; Motion to Strike; and Motion for More Definite Statement shall be continued from February 22, 2008 to March 7, 2008, at 9:00 a.m.

Dated: January 22, 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
JOSEPH C. LIBURT
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: January 18, 2008

ALAN R. PLUTZIK
JOSEPH H. MELTZER
GERALD D. WELLS, III
ROBERT J. GRAY
ROBERT W. BIELA
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

EDWARD WYNNE
WYNNE LAW FIRM

_____
EDWARD WYNNE
Attorneys for Plaintiff
LAC ANH LE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURES AND MOTION HEARING DATE

## ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the parties shall serve their initial disclosures pursuant to Rule 26 on February 1, 2008; and

IT IS FURTHER ORDERED that hearing date for PwC's pending Motion for Stay; Motion to Dismiss; Motion to Strike; and Motion for More Definite Statement shall be continued from its current setting on February 22, 2008 to March 7, 2008 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 23, 2008

_____
Honorable Maxine M. Chesney