LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:    (916) 447-9200
Facsimile:     (916) 329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

MILSTEIN, ADELMAN & KREGER, LLP
WAYNE S. KREGER (STATE BAR NO. 154759)
WILLIAM A. BAIRD (STATE BAR NO. 192675)
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone:    (310) 396-9600
Facsimile:     (310) 396-9635

Attorneys for Plaintiffs
SAMUEL BRANDON KRESS, JEFFREY LABERGE,
WILLOW MARKHAM, DANA BLINDBURY and JESSE
KENNY

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK (STATE BAR NO. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:    (925) 945-0770
Facsimile:     (925) 945-8792

Attorneys for Plaintiff
LAC AHN LE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>        v.<br><br>PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive,<br><br>                    Defendant. | Case No.  2:08-CV-00997-LKK-EFB<br><br>**STIPULATION AND ORDER RE: PROTECTIVE ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SAMUEL BRANDON KRESS, JEFFREY LABERGE, WILLOW MARKHAM, DANA BLINDBURY and JESSE KENNY, individually and on behalf of all others similarly situated,

        Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS LLP, a limited liability partnership; and DOES 1 through 100, inclusive,

        Defendants.

Case No. 2:08-CV-00965 LKK/GGH

STIPULATION AND ORDER RE PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the Court in the above-captioned actions (the "*Kress* and *Le* actions") has indicated that it intends to issue an order consolidating the actions;

WHEREAS the parties in the *Kress* and *Le* actions have agreed that the protective order governing the related matter of *Campbell et al. v. PricewaterhouseCoopers LLP*, Case No. 06-CV-02376-LKK-GGH (the "*Campbell* action"), would be appropriate for the *Kress* and *Le* actions, both for present purposes and after the actions are consolidated;

IT IS HEREBY STIPULATED AND AGREED that the protective order governing the *Campbell* action shall govern the *Kress* and *Le* actions, both for present purposes and after the actions are consolidated.

August 14, 2008                              ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/
Julie A. Totten
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

August 14, 2008                              MILSTEIN, ADELMAN & KREGER, LLP

/s/
William A. Baird
Attorneys for Plaintiffs SAMUEL BRANDON KRESS, JEFFREY LABERGE, DANA BLINDBURY, WILLOW MARKHAM and JESSE KENNY

August 12, 2008                              SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/s/
Gerald D. Wells III
Attorneys for Plaintiff LAC AHN LE

1                                                                                              STIPULATION AND ORDER RE PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

August 18, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2         STIPULATION AND ORDER RE PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com